```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    WESTERN DIVISION
```

DEVIN HARDIN-WARFIELD                                           PETITIONER

VERSUS                          CIVIL ACTION NO. 5:05cv161-DCB-JMR

RAY MOSBY, DEER CREEK PUBLISHING
COMPANY, INC., PHYLLIS MOSBY, LOGAN
MOSBY, VICKI ROACH BARNES, in her
official capacity as Sharkey County,
Mississippi, Chancery Court Judge,
MARIUNDA WILLIAMS, in her official
capacity as Clerk of the Chancery
Court of Sharkey County, Mississippi,
LINDA DICK, DAN JACKSON, M.D., DAVID
M. SESSUMS, CHARLES H. WEISSINGER,
JR., NATALIE PERKINS, FRED MILLER,
BILLY JOHNSON, PATSY JOHNSON, ALLEN
WOODARD, LYNNE MOSES, CLARK SECOY,
SARAH HODNETT, BRANDON DURST WILLARD,
and JOHN DOES 1-20                                              RESPONDENTS

## FINAL JUDGMENT

This cause having come before the Court on Devin Hardin-Warfield's Petition for Discovery under Rule 27 of the Federal Rules of Civil Procedure [**docket entry no. 1**], the Court denied the Petition in a separate Memorandum Opinion and Order which disposes of all claims made by the petitioner.  Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition is dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 17th day of May, 2006.

                                   S/DAVID BRAMLETTE
                                   UNITED STATES DISTRICT JUDGE